CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: <u>1:24−mj−00293−SJB</u>−1

| | |
|---|---|
| Case title: USA v. Jeon | Date Filed: 04/17/2024 |
| | Date Terminated: 04/17/2024 |

Assigned to: Magistrate Judge Sanket J. Bulsara

**Defendant (1)**

| | | |
|---|---|---|
| **Dabin Jeon**<br>*TERMINATED: 04/17/2024* | represented by | **Benjamin Zev Yaster**<br>Federal Defenders of New York, Inc.<br>One Pierrepont Plaza, 16th Floor<br>Brooklyn, NY 11201<br>718−330−1291<br>Fax: 718−855−0760<br>Email: benjamin_yaster@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | |

**Michael Joseph Castiglione**
United States Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201
718–254–7533
Fax: 718–254–7508
Email: michael.castiglione@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2024 | 1 | RULE 40 AFFIDAVIT/ removal complaint to the District of Maine by USA as to Dabin Jeon. Signed by Judge Sanket Bulsara dtd 4/17/2024. (SMY) (Entered: 04/17/2024) |
| 04/17/2024 | | Minute Entry for proceedings held before Magistrate Judge Sanket J. Bulsara:Initial Appearance in Rule 5(c)(3) Proceedings as to Dabin Jeon held on 4/17/2024, Attorney Appointment of federal defender Ben Yaster for the defendant. AUSA Michael Castiglione present. (FTR Log #2;59–3;36.) Defendant arraigned on a removal complaint to the District of Maine. Defendant waived identity hearing. Gov't opposed bail. Court released defendant on a $75,000 bond with conditions. Defendant and 2 suretors, with the assistance of a Korean interpreter, given bail warnings and signed bond. Rule 5f order read into the record. (SMY) (Entered: 04/17/2024) |
| 04/17/2024 | 2 | ORDER Setting Conditions of Release as to Dabin Jeon (1) $75,000 bond with conditions. Ordered by Magistrate Judge Sanket J. Bulsara on 4/17/2024. (SMY) (Entered: 04/18/2024) |
| 04/17/2024 | 3 | REDACTED $75,000 bond as to Dabin Jeon to 2 1 – Order Setting Conditions of Release (SMY) (Entered: 04/18/2024) |
| 04/17/2024 | 4 | WAIVER of Rule 5(c)(3) Hearing by Dabin Jeon (SMY) (Entered: 04/18/2024) |
| 04/17/2024 | 5 | CJA 23 Financial Affidavit by Dabin Jeon (SMY) (Entered: 04/18/2024) |